UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN B. MALTAGLIATI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META MATERIALS INC. F/K/A TORCHLIGHT ENERGY RESOURCES, INC., GEORGE PALIKARAS, KENNETH RICE, GREG MCCABE, and JOHN BRDA,<br><br>Defendants. | Case No.: 1:21-cv-07203-CBA-JRC<br><br>**DEFENDANT META MATERIALS INC.'S DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Meta Materials Inc. ("Meta Materials") hereby discloses as follows: Meta Materials does not have a corporate parent. There are no publicly held corporations directly owning 10% or more of Meta Materials' stock.

Dated: January 24, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Paul C. Gross*
Paul C. Gross
JaeYoung Ariel Jeong
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: pgross@wsgr.com
Email: ajeong@wsgr.com

*Counsel for Defendants Meta Materials Inc. f/k/a Torchlight Energy Resources, Inc., George Palikaras, Kenneth Rice, Greg McCabe, and John Brda*