UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE META MATERIALS INC. SECURITIES LITIGATION | Case No. 1:21-cv-07203-CBA-JRC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO VACATE JUDGMENT AND MOTION FOR LEAVE TO AMEND** |

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** upon the accompanying memorandum of law and Declaration of Adam M. Apton, Lead Plaintiffs Kaoutar Kajjame, Philip Granite, and Ricardo Joseph and Additional Named Plaintiff Venkateswara Ramireddy (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby move the Court before the Honorable Carol Bagley Amon, United States District Judge, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order vacating the Court's Memorandum & Order dated September 29, 2023 (Dkt. No. 59) and Judgment dated October 3, 2023 (Dkt. No. 60) and granting Plaintiffs leave to amend the pleadings. Oral argument will be held on a date and time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiffs file this motion pursuant to Federal Rules of Civil Procedure 15, 59, and 60 and authority from the Second Circuit Court of Appeals, including *Indiana Pub. Ret. Sys. v. SAIC, Inc.*, 818 F.3d 85 (2d Cir. 2016), and *Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC*, 797 F.3d 160 (2d Cir. 2015). As explained in the accompanying memorandum, Plaintiffs should be granted leave to amend the pleadings to

include additional factual allegations capable of rectifying the pleading deficiencies identified by the Court in its previous Memorandum & Order and allowing the case to proceed towards a decision on the merits.

Plaintiffs file a proposed amended complaint (in clean and redline form) and a proposed order along with this motion.

Dated:  October 27, 2023                    LEVI & KORSINSKY, LLP

*/s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, N.Y. 10004
(212) 363-7500 (telephone)
(212) 363-7171 (fax)
aapton@zlk.com (email)

*Counsel for Lead Plaintiffs
and Lead Counsel for the Class*


THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel.: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Venkateswara Ramireddy*